AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| Richard Casey McGarrah | ) | |
| D.O.B. XX/XX/XXXX | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  between on or about 2/26/19 through 3/27/19  in the county of _____  in the

_____  District of _____ Columbia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Richard Casey McGarrah did knowingly receive any child pornography as defined in 18 U.S.C. 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including computer. |
| 18 U.S.C. § 2252(a)(2) & (b)(1) | Richard Casey McGarrah did knowingly conspire together and with Ashley Anne Iverson, James Richard Bennett, Cory Taylor Grigoriadis, and Robert Andrew Riley,   along with others to knowingly distribute and receive child pornography as defined in 18 U.S.C. 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Alix Skelton
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  04/09/2019
_____

_____
*Judge's signature*

City and state:  Washington, D.C.  Deborah A. Robinson, United States Magistrate Judge
_____
*Printed name and title*